MARY M. CARUTHERS et al., Respondents, *v.* TITLE GUARANTEE AND TRUST COMPANY, as Trustee, et al., Appellants and Respondents, et al., Defendants. (2 Actions.)

Submitted March 4, 1946; decided April 18, 1946.

*Louis J. Merrell, William F. Bleakley, Roswell P. C. May* and *George Franklin Muth* for motions.

*Catherine Noyes Lee, Hampton D. Ewing, Jr., Thomas B. Gilchrist* and *Michael J. Larkin* opposed.

Motions dismissed, with $10 costs and necessary printing disbursements upon the ground that neither judgment finally determines the action within the meaning of the Constitution.